IN THE UNITED STATES FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH SOEDER | : |
| | :    CIVIL ACTION NO. 02-3962 |
| v. | : |
| | : |
| MILLAR ELEVATOR SERVICES, | : |
| SCHINDLER, USA and | : |
| EASTERN ENGINEERING AND | : |
| ELEVATOR COMPANY | : |

ORDER

AND NOW, this 10th day of February, 2003, upon consideration of Plaintiff's Petition to Remand (Doc. No. 4) in which plaintiff alleges that service of the Complaint was made upon Eastern Engineering and Elevator Company on June 26, 2002, and there being no evidence in the record that service was perfected, it is ORDERED that within ten (10) days of the date hereof Plaintiff shall file proof of service of Plaintiff's Complaint on Eastern Engineering and Elevator Company.

BY THE COURT:

_____
R. Barclay Surrick, J.