IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH SOEDER | : | CIVIL ACTION |
| v. | : | NO. 02-3962 |
| MILLAR ELEVATOR SERVICES and SCHINDLER, USA | : | |

**<u>ORDER</u>**

And now this ___ day of October, 2004, the above-captioned matter is scheduled for a settlement/status conference on October 25, 2004 at 4:00 p.m. in Courtroom TBA.

BY THE COURT:

_____
Juan R. Sánchez, J.